TUCKER ELLIS LLP
MICHAEL C. ZELLERS SBN 146904
michael.zellers@tuckerellis.com
AGGIE B. LEE SBN 228332
aggie.lee@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   213.430.3400
Facsimile:   213.430.3409

BUTLER SNOW LLP
RICHARD M. DYE (admitted *pro hac vice*)
rick.dye@butlersnow.com
P.O. Box 6010
Ridgeland, MS 39158-0610
Telephone:   601.985.4591
Facsimile:   601.985.4500

Attorneys for Defendants
ETHICON US, LLC and JOHNSON & JOHNSON

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARYL LEV and ELIZABETH LEV,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JOHNSON & JOHNSON, a corporation; ETHICON US, LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-08392-ODW (AFM)<br><br>Assigned to the Honorable Otis D. Wright II<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: March 8, 2018 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiffs Daryl Lev and Elizabeth Lev (hereinafter "Plaintiffs") and Defendants Ethicon US, LLC and Johnson & Johnson ("Defendants"), by and through their respective counsel, have stipulated that this entire action, including any and all claims asserted by and on behalf of Plaintiffs against Defendants, be and is hereby dismissed with prejudice and with the parties to bear their own costs and attorney fees.

Good cause appearing, the Court **APPROVES** the Joint Stipulation. As stipulated, this action is **DISMISSED WITH PREJUDICE**, with the Parties to bear their own costs and attorney fees. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

DATED: March 1, 2019

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT COURT JUDGE